# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 6, 2023

## NO.  03-23-00119-CV

**The State of Texas for the Protection of A.C., Appellant**

**v.**

**Jayden Martinez-Kennedy, Appellee**

**APPEAL FROM COUNTY COURT AT LAW NO. 4 OF WILLIAMSON COUNTY**
**BEFORE JUSTICES BAKER, SMITH, AND JONES**
**DISMISSED ON APPELLANT'S MOTION -- OPINION BY JUSTICE BAKER**

This is an appeal from an order granting a motion for new trial signed by the trial court on January 20, 2023.  Appellant has filed a motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted.  Therefore, the Court grants the motion and dismisses the appeal.  Appellant shall pay all costs relating to this appeal, both in this Court and in the court below.